**FILED**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

JAN 2 4 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
       DEPUTY CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| vs. | § § | DKT. NO. SA10CR00277-002(XR) |
| **JONATHAN CALDERON** | | |

### ORDER GRANTING REQUEST FOR JUVENILE RECORDS

Before the Court is the January 21, 2011 request of the United States Probation Officer for the juvenile records of the defendant **JONATHAN CALDERON**. After reviewing the request, the Court finds that same should be granted. It is, therefore,

**ORDERED** that the Bexar County Juvenile Probation Department, and the Texas Youth Commission, release to **Brenda Trejo-Olivarri** United States Probation Officer, Western District of Texas, San Antonio Division, any and all records pertinent to the above-named defendant for use in preparation of the presentence report.

**SO ORDERED** this 24th day of January, 2011

_____
HONORABLE XAVIER RODRIGUEZ
United States District Judge